JUDGE HELLERSTEIN

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
AMERICAS BULK TRANSPORT LTD.,

            Plaintiff,

    -against-                     RULE 7.1 STATEMENT

IMT a/k/a IMT DUSSELDORF a/k/a
IMT SHIPPING & CHARTERING GmbH
a/k/a INTER-MARITIME TRANSPORTATION
GmbH a/k/a INTER-MARITIME
TRANSPORTATION, LTD.,

            Defendant.
----------------------------------------X

    PLEASE TAKE NOTICE that GARTH S. WOLFSON, of the firm of MAHONEY & KEANE, LLP, attorneys of record for Plaintiff, AMERICAS BULK TRANSPORT ("ABT"), certifies that that there are no publicly held corporate parents, subsidiaries, or affiliates of Plaintiff.

Dated:    New York, NY
           August 5, 2008

                                    Respectfully submitted,

                                    MAHONEY & KEANE, LLP
                                    Attorneys for Plaintiff

                      By: _____
                         Garth S. Wolfson (GW 7700)
                         11 Hanover Square, Tenth Floor
                         New York, New York 10005
                         (212) 385-1422
                         File No. 12/3629/B/08/7