LENNON, MURPHY & LENNON, LLC
Attorneys for Defendant
IMT SHIPPING AND CHARTERING GmbH
The GrayBar Building
420 Lexington Avenue, Suite 300
New York, New York 10170
Telephone:   (212) 490-6050
Facsimile:   (212) 490-6070
Charles E. Murphy (CM2125)
Patrick F. Lennon (PL2162)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
AMERICAS BULK TRANSPORT LTD.           :

          Plaintiff,             :

  - against -                                    :      08 CV 6970 (AKH)

IMT SHIPPING AND CHARTERING GmbH   :

          Defendant.             :
------------------------------------------------------------X

## ORDER TO SHOW CAUSE

Upon the annexed Declarations of Edward Laurence McFadyen, and the Exhibits attached thereto, and the accompanying Memorandum of Law, and the pleadings and proceedings heretofore had herein:

Let the Plaintiff, AMERICAS BULK TRANSPORT LTD. ("Plaintiff") show cause before the Honorable Alvin K. Hellerstein, United States District Court Judge, at 500 Pearl Street, Courtroom 14D, New York, New York, 10007, pursuant to the Supplemental Admiralty Rule E(4)(f) and Local Admiralty Rule E.1, on the 29 day of September 2008 at 10:00 o'clock or as soon thereafter as counsel can be heard why an Order shall not be entered pursuant to Supplemental Admiralty Rules E(4)(f) and E(6);

(1) vacating the Process of Maritime Attachment and Garnishment; (2) reducing the amount of security provided for therein; (3) and for such other and further relief as the Court may deem just and proper.

Let service of a copy of this Order and the accompanying Declarations and Memorandum of Law, if served upon Garth S. Wolfson, Esq., Mahoney & Keane LLP, 11 Hanover Square, Tenth Floor, New York, New York, 10005, attorneys for Plaintiff, on or before 4:00 o'clock on August 28, 2008 (service to be made either by courier, fax or e-mail) be deemed good and sufficient service.

Answering papers, if any, including but not limited to affidavits, affirmations, declarations, exhibits and/or memoranda of law, shall be served so as to be received by counsel for the movant, Lennon, Murphy & Lennon, LLC by fax or e-mail on or before ~~the 28 day of Aug, 2008 by 4:00 o'clock~~ Sep. 19, 2008, 4:00 pm.

This is Defendant's first request for the relief sought herein.

Dated: New York, NY
August 26, 2008

_____
U.S.D.J.