

**Lennon,**
**Murphy &**
**Lennon, LLC**
ATTORNEYS AT LAW

RECEIVED
AUG 27 2008
ALVIN ... ...EIN

The GrayBar Building
420 Lexington Ave., Suite 300
New York, NY 10170
phone (212) 490-6050
fax (212) 490-6070

www.lenmur.com

Tide Mill Landing
2425 Post Rd. Suite 302
Southport, CT 06890
phone (203) 256-8600
fax (203) 356-8615

mail@lenmur.com

August 26, 2008

*[handwritten note:]* motion denied. However, application for enlargement of time of filing to be denied. 8-27-08 *[signature]*

**VIA FACSIMILE: 212-805-7942**
The Honorable Alvin K. Hellerstein
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1010
New York, New York 10007-1581

Re:  **Americas Bulk Transport Ltd. v. IMT Shipping and Chartering GmbH**
 Docket #: 08-CV-6970 (AKH)
 Our Ref: 08-1553

Dear Judge Hellerstein:

I represent Defendant IMT Shipping and Chartering GmbH ("IMT") in the above captioned matter. On August 26, 2008, IMT filed an Order to Show Cause pursuant to Supplemental Admiralty Rule E(4)(f) and Local Admiralty Rule E.1. IMT also requested that your Honor schedule a hearing at which Plaintiff Americas Bulk Transport Ltd. ("ABLT") show cause why the maritime attachment and garnishment issued in this matter should not be vacated, or alternatively, why the amount of the maritime attachment should not be reduced, and for other such and further relief as the Court may deem just and proper. Your Honor set this matter down for a hearing on September 29, 2008 at 10:00 AM. Attached is a courtesy copy of the Order to Show Cause for your Honor's reference.

We write to respectfully request that your Honor reschedule this hearing for a more immediate date. Admiralty Rule E(4)(f) provides, in relevant part, "whenever property is arrested or attached, a person claiming an interest in it shall be entitled to a prompt hearing at which the plaintiff shall be required to show cause why the arrest or attachment should not be vacated or other relief granted consistent with these rules." Additionally, Local Admiralty Rule E.1 provides "The adversary hearing following arrest or attachment or garnishment that is called for in Supplemental Rule E(4)(f) shall be conducted by a judicial officer within three court days, unless otherwise ordered."

IMT been adversely affected by the Ex Parte Order of Maritime Attachment, which is affecting IMT's ability to conduct its business.

For the foregoing reasons, IMT respectfully requests that your Honor reschedule the E(4)(f) hearing to a date in the more immediate future as provided for by Supplemental Admiralty Rule E(4)(f) and Local Admiralty Rule E.1.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/27/08

Should your Honor have any questions, we are available to discuss same at any convenient time.

Respectfully Submitted,

*Patrick F. Lennon/ac/*

Patrick F. Lennon

cc: Via Facsimile (212) 385-1605
    Garth S. Wolfson, Esquire
    Counsel for Americas Bulk Transport Ltd.