UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
AMERICAS BULK TRANSPORT LTD.

        Plaintiff,

- against -  :  08 CV 6970 (AKH)

IMT SHIPPING AND CHARTERING GmbH  :  ECF CASE

        Defendant.
-----------------------------------------------------------------X

## DISCLOSURE OF INTERESTED PARTIES
## PURSUANT TO FEDERAL RULE 7.1

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure to enable judges and magistrates of the court to evaluate possible disqualification or recusal, the undersigned attorney of record for the Defendant certifies that the following are corporate parents, subsidiaries, or affiliates of the Defendant:

        NONE.

Dated: August 27, 2008
       Southport, CT

        The Defendant,
        IMT SHIPPING AND CHARTERING GmbH

        By: _/s/ Patrick F. Lennon_
        Charles E. Murphy
        Patrick F. Lennon
        LENNON, MURPHY & LENNON, LLC
        420 Lexington Ave., Suite 300
        New York, NY 10170
        (212) 490-6050 – phone
        (212) 490-6070 – fax
        cem@lenmur.com
        pfl@lenmur.com