Edward A. Keane*
Cornelius A. Mahoney·
Christopher H. Mansuy··
Garth S. Wolfson-

Jorge A. Rodriguez·+

Of Counsel
Stephen J. Murray·

·Also admitted in NJ
+Also admitted in CT
° Also admitted in PA

# MAHONEY & KEANE, LLP
*Attorneys at Law*
11 Hanover Square - 10th Floor
New York, New York 10005
Telephone (212) 385-1422
Facsimile (212) 385-1605
lawoffices@mahoneykeane.com

Connecticut Office

14 Pilgrim Lane
Weston, CT 06883
Tel: (203) 222-1019
Fax: (203)222-0252

*[Handwritten note: I will see counsel at conference, on all aspects of this case, tomorrow, Sep. 3, 2008, at 3:30 p.m., in Chambers 14D. 9-2-08 /s/ Alvin Hellerstein]*

August 29, 2008

[RECEIVED AUG 29 2008 ALVIN K. HELLERSTEIN stamp]

THIS TRANSMISSION CONSISTS OF EIGHT (8) PAGES
VIA FACSIMILE 212-805-7942
Hon. Alvin K. Hellerstein, USDJ
United States Courthouse
500 Pearl Street, Room 1010
New York, NY 10007

[USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: DATE FILED: 9/2/08 stamp]

Re:    SDNY 08 Civ. 6970 (AKH)
AMERICAS BULK TRANSPORT LTD.
v. IMT a/k/a IMT DUSSELDORF, *et al.*
**Our File No. 12/3629**

Honorable Sir:

    We represent the plaintiff in the above-referenced action. We have received the follow-up correspondence from counsel for the defendant, IMT, again asking to move forward the hearing on IMT's order to show cause, the papers in support of which we only received yesterday. We understand the Court has already ruled on the application. However, we are now constrained to write to request that the order of attachment be amended (a proposed amended order is attached) to restrain payments made in respect of the M/V TEAM SPIRIT.

    We note that no reason for the extraordinary treatment sought by IMT has been offered, aside from the alleged effect of the Rule B attachment on IMT's ability to conduct business, i.e. because IMT's wire transfers are subject to seizure. But that is the very point of Rule B attachments. As IMT's counsel knows at least as well as any other, that is the plight of virtually every Rule B defendant. IMT's application was especially unwarranted in this case, since, after the initial restraints, IMT has been able to avoid the order of attachment, which brings us to the point of this letter.

    Upon information and belief, the motor vessel TEAM SPIRIT has been under charter to IMT, and hire payments have been, and will soon again be made, on behalf of IMT. Clearly, such payments represent property in which the defendant has an interest, within the meaning of

Rule B. Yet IMT has apparently been able to avoid this Court's Order by structuring its transfers in a manner that does not mention "IMT" and has thus escaped the banks' filters.

IMT's unfounded attack on the legitimacy of plaintiff's claim under English law has now been forwarded to plaintiff's solicitors who will respond in opposition to the order to show cause. In the interim, however, plaintiff's claim is woefully under-secured, and we request that the order be amended to reference M/V TEAM SPIRIT charter hire payments, accordingly.

We thank the Court for its consideration.

Respectfully submitted,
MAHONEY & KEANE LLP

By: _____
Jorge A. Rodriguez, Esq.

CC: VIA FACSIMILE 212-490-6070
LENNON, MURPHY & LENNON LLC
Attn: Patrick F. Lennon